## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:                                    )
                                          )        Case No. 14-21760 DLS
                                          )
VALERIE KAY FAHRNOW                       )
                                          )
                        Debtor.           )

## **AFFIDAVIT**

STATE OF KANSAS, COUNTY OF JOHNSON ss:

The undersigned, under oath, of legal age, states as follows:

1.      This Affiant is an attorney licensed to practice law within the State of Kansas.

2.      This Affiant is an Attorney-At-Law within the Law Firm of Vokins Law Office, LLC d/b/a Cornwell & Vokins, 142 N. Cherry St., Olathe, KS 66061, with a tax identification number of XX-XXX0368. (Last 4 digits of TIN).

3.      That to the best of the undersigned's knowledge, no agreement or understanding exists between this law firm and any other person or any division for sharing of compensation which is prohibited by statute.

4.      Affiant and his law firm have represented the Debtor in a certain civil lawsuit against Malcolm Knarr (the "Knarr Litigation").

5.      To the best of the undersigned's knowledge and belief, neither he nor any employee or member of Cornwell & Vokins Law Firm has any connection with the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

6.      The undersigned states that, except as disclosed herein, he is a disinterested person, does not hold an interest adverse to the estate, and he understands that there is a continuing duty to disclose any such adverse interest, and has no knowledge or belief that any employee or member of the law firm holds any interest adverse to this bankruptcy estate.

7.      Affiant understands and acknowledges by this signature herein, there is a continuing duty to disclose any adverse interest in this matter.

8.      The Affiant understands that the Court's approval of the application is not approval of any proposed terms of compensation and under § 328(a) the Court may allow compensation on terms different from the proposed.

KCP-4590792-1

_____

Tai J. Vokins, Affiant

SUBSCRIBED AND SWORN to before me this 30th day of June, 2015.

_____
Notary Public

My Appointment Expires:  5/26/19 _____

1111 488

