Label Matrix for local noticing
1083-2
Case 14-21760
District of Kansas
Kansas City
Thu Jul  9 10:03:19 CDT 2015

K&C Budget Lot LLC
1010 N. Noland Rd.
Independence, MO 64050-1945

Southwest National Bank
c/o Samantha M. H. Woods
Martin Pringle Oliver Wallace & Bauer
100 N Broadway Ste 500
Wichita, KS 67202-2205

eCAST Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480

Kansas City Divisional Office
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101-2448

AMCA
4 Westchester Plaza Suite 110
Elmsford NY 10523-1615

Advance America
10327 Metcalf Ave
Overland Park KS 66212-1805

Allied Collection Serv
3080 S Durango Dr
Las Vegas NV 89117-9193

American Credit Accept
340 East Main Street Suite 400
Spartanburg SC 29302-1989

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley CA 93062-5170

Blue Valley Eye Care
12621 Antioch Rd
Overland Park KS 66213-1701

Brown & Joseph Ltd
1701 Golf Road
Rolling Meadow IL 60008-4247

Cash Cure LLC
750 Shipyard Dr
Wilmington DE 19801-5157

Cash Direct Now
1719 W Main St, Ste 210
Rapid City SD 57702-2564

CashNet USA
PO Box 06230
Chicago IL 60606-0230

Central State Recovery
1314 N Main St
Hutchinson KS 67501-4002

Chase
PO Box 15298
Wilmington DE 19850-5298

Cherry Park Properties LLC
212 S Cherry
Olathe KS 66061-4425

Children's Mercy
Patient Accounts Dept
PO Box 804435
Kansas City MO 64180-4435

Commerce Bank
Attn: KCRE10
PO Box 419248
Kansas City MO 64141-6248

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield MI 48034-8331

Credit Acceptance
Po Box 513
Southfield MI 48037-0513

Dermatology & Skin Cancer
11550 Granada Street
Leawood KS 66211-1453

Douglas Chancellor Meyers
& Associates Inc
1000 Fairgrounds Road
Suite 200
Saint Charles MO 63301-2581

Dr. Comstock
7501 College Blvd #250
Overland Park KS 66210-2505

Dr. Steve Hazel
7501 College Blvd #250
Overland Park KS 66210-2505

EM Specialists PA
PO Box 8947
Fort Worth TX 76124

Gentle Breeze
8 Crestwood Rd
Boulevard CA 91905-9725

Global Check Recovery
17 NE Skyline Dr
Lees Summit MO 64086-5691

| | | |
|---|---|---|
| Grace Dental<br>12611 S Antioch Rd<br>Overland Park KS 66213-1701 | H. Kent Hollins<br>3615 SW 29th Street<br>PO Box 4586<br>Topeka KS 66604-0586 | Hutton & Hutton Law Firm LLC<br>509 Armstrong Ave<br>Kansas City KS 66101-2925 |
| Inpatient Consultents<br>of Kansas PA<br>PO Box 8357<br>Pasadena CA 91109-8357 | Jack Fahrnow<br>20745 S. Claire Rd<br>Spring Hill KS 66083-8432 | Johnson County Med-Act<br>11811 S. Sunset Drive<br>Ste 1100<br>Olathe KS 66061-7055 |
| Johnson County Mental Health<br>11811 S. Sunset Dr<br>Suite 1100<br>Olathe KS 66061-7055 | K&C Budget Lot, LLC<br>c/o Troppito & Miller LLC<br>105 E. Fifth St., Ste 500<br>Kansas City MO 64106-1118 | K&c Budget<br>1010 N Noland Rd<br>Independence MO 64050-1945 |
| KCP&L<br>P.O. Box 219330<br>Kansas City MO 64121-9330 | Kansas Counselors Of K<br>Po Box 14765<br>Shawnee Mission KS 66285-4765 | Kansas Department of Labor<br>Attn: Benefit Payment Control<br>401 SW Topeka Boulevard<br>Topeka KS 66603-3182 |
| Kansas Gas Service Company<br>PO Box 219046<br>Kansas City MO 64121-9046 | Kohls-Legal Services<br>W156N8480 Pilgrim Rd<br>Menomonee Falls WI 53051-3140 | Law Office of Jordan Schwartz<br>10955 Lowell Ave<br>Ste 630<br>Overland Park KS 66210-2319 |
| Law Office of Michael Lucansky<br>Executive Hills Building 20<br>10955 Lowell, Ste 440<br>Overland Park KS 66210-2337 | Mawd Pathology Group<br>PO Box 804910<br>Kansas City MO 64180-4910 | Metro Emergency Physicians<br>PO Box 808<br>Grand Rapids MI 49518-0808 |
| Michael Knarr Roth Investments<br>11880 Switzer Rd<br>Overland Park KS 66210-3624 | Midwest Dermatology<br>15137 Rosewood<br>Overland Park KS 66224-3503 | Mohela<br>633 Spirit Drive<br>Chesterfield MO 63005-1243 |
| Morgan Richard Fahrnow<br>9060 W 194th Ter<br>Bucyrus KS 66013-9666 | Olathe Police Department<br>1200 S Harrison<br>Olathe KS 66061-4606 | Peoples Auto<br>8101 Shawnee Missi<br>Merriam KS 66202-2963 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prairie Center Counseling<br>3965 W 83rd St #333<br>Prairie Village KS 66208-5308 | Professional Account Mgmt<br>PO Box 391<br>Milwaukee WI 53201-0391 |
| Quik Cash<br>805 E. Santa Fe<br>Olathe KS 66061-3757 | Responsive Managment Clinic<br>7501 College Blvd Ste 250<br>Overland Park KS 66210-2505 | River Bend Finance LLC<br>PO Box 557<br>Hays MT 59527-0557 |

| | | |
|---|---|---|
| Rsh & Associates<br>PO Box 14515<br>Lenexa KS 66285-4515 | Sallie Mae<br>Po Box 9655<br>Wilkes Barre PA 18773-9655 | Secure America<br>Attn Gary Rydel<br>9290 Bond #111<br>Overland Park KS 66214-1729 |
| Shawnee Mission Medical Center<br>9100 W. 74th Street<br>Overland Park KS 66204-4004 | Shawnee Mission Physicians<br>Group<br>15977 Collections Center Dr<br>Chicago IL 60693-0159 | Southwest National Bank<br>400 E Douglas Ave<br>Wichita KS 67202-3408 |
| Sprint<br>PO Box 8077<br>London KY 40742-8077 | St. Luke's Regional Labs<br>PO Box 844267<br>Dallas TX 75284-4267 | St. Lukes Health System<br>4401 Wornall Road<br>Kansas City MO 64111-3220 |
| TRS Recovery Services<br>PO Box 60012<br>City of Industry CA 91716-0012 | Tek-collect Inc<br>871 Park St<br>Columbus OH 43215-1441 | Time Warner Cable<br>6550 Winchester Ave<br>Kansas City MO 64133-4671 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Windham Professionals<br>380 Main Street<br>Salem NH 03079-2412 | Christopher J. Redmond<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112-2551 |
| Robert E. McRorey<br>108 E Cedar<br>PO Box 61<br>Olathe, KS 66051-0061 | Valerie Kay Fahrnow<br>9060 W 194th Terr<br>Bucyrus, KS 66013-9666 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>4161 Piedmont Pkwy<br>Greensboro NC 27410 | Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk VA 23502 | (d)Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Best Choise 123<br>PO Box 988<br>Main Street<br>Charlston, Nevis | (d)Central State Recovery<br>1314 N Main Street<br>Hutchinson KS 67501-4002 | (d)Southwest National Bank<br>c/o Samantha M. H. Woods<br>Martin Pringle Oliver Wallace & Bauer<br>100 N Broadway Ste 500<br>Wichita KS 67202-2205 |

```
(d)eCAST Settlement Corporation        End of Label Matrix
POB 35480                              Mailable recipients     76
Newark NJ 07193-5480                   Bypassed recipients      4
                                       Total                   80
```