IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                    )
                                          )        Case No.  14-21760-7 DLS
VALERIE KAY FAHRNOW                        )
                        Debtor.            )

<u>MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FEDERAL RULE
OF BANKRUPTCY PROCEDURE 9019
BY AND BETWEEN THE CHAPTER 7 TRUSTEE AND MALCOLM KNARR, MALCOLM
KNARR ROTH INVESTMENTS, LLC AND MERCANTILE PROPERTIES, LLC</u>

Christopher J. Redmond, Chapter 7 Trustee of the above-captioned bankruptcy estate of

Valerie Kay Fahrnow, comes before this Court requesting an Order pursuant to Federal Rule of

Bankruptcy Procedure 9019 to approve a settlement and compromise by and between the

Chapter 7 Trustee and Malcolm Knarr, a/k/a W. Malcolm Knarr, Malcolm Knarr Roth

Investments, LLC and Mercantile Properties, LLC and in support of this Motion, states as

follows:

1.      On July 24, 2014,  (the "Petition Date"), Valerie Kay Fahrnow (the "<u>Debtor</u>")

voluntarily filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, Title

11, U.S.C., and Christopher J. Redmond was appointed as the Chapter 7 Trustee of this

bankruptcy estate (the "<u>Trustee</u>").

2.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

This is a core proceeding under 28 U.S.C. § 157(b)(2)(N).

3.      At the time of filing, the Debtor's schedules reflected a pending action in the

District Court of Johnson County, Kansas styled <u>*Valerie Fahrnow v. Malcom Knarr, et al*</u>, Case

No. 14CV4365 (the "<u>Action</u>").

KCP-4724557-1

4. The Trustee filed an Application to employ special counsel, Tai J. Vokins, to represent the Trustee in the Johnson County, Kansas action, and on August 27, 2015, the Court entered an Order granting the same (Doc# 34).

5. In order to avoid additional costs and uncertainty of continued litigation, the parties have agreed to settle the Action and all claims that were brought or could have been brought in the Action and have entered into a Settlement Agreement And Release, a copy of which is attached hereto as Exhibit "A" and incorporated herein by this reference.

6. The Defendants have agreed and consented to the entry of a Journal Entry of Judgment to be entered against Malcolm Knarr, a/k/a W. Malcolm Knarr, in favor of the Plaintiff, Christopher J. Redmond, Trustee of the bankruptcy estate of Valarie Kay Fahrnow, in the sum of $15,000.00. However, the Trustee agrees to stay execution on the Judgement provided Malcolm Knarr pays the amounts as followed:

      a) Malcolm Knarr and the Trustee have agreed to a "Settlement Payment" in the sum of $10,000.00, payment of which is to made as follows:

            1) A payment in the amount of $2,000.00 on or before August 10, 2016;

            2) The remaining $8,000.00 will be paid within a twelve (12) month period, with monthly payments of not less than $666.67 on or before the 10th day of each month for eleven (11) months, with a final payment on the twelfth month of $666.63.

            3) Each payment shall be made payable to CHRISTOPHER J. REDMOND, TRUSTEE, noting the Case No. upon the same and forwarded to the Trustee at:

                Christopher J. Redmond, Trustee
                c/o Husch Blackwell LLP
                4801 Main Street, Suite 1000
                Kansas City, MO 64112

10. Should the Defendant, Malcolm Knarr, fail to timely make the payments as herein agreed, then and in such event, the Trustee may commence execution of the Judgment, plus

KCP-4724557-1

accrued post-judgment interest, minus whatever amount Defendant, Malcolm Knarr, has paid through the date of default.

11.     The parties' agreement as set forth within the Settlement Agreement And Release is subject to the approval of this Court by a final, non-appealable Order, after notice and opportunity for hearing.

12.     The Trustee believes that this settlement and agreement is in the best interest of this bankruptcy estate and its creditors as it allows for funds to this bankruptcy estate, without the need for litigation, and additional time and expense to this estate, thereby allowing a return to creditors.

WHEREFORE, the Trustee requests that this Court enter an Order approving the agreement by and between the Chapter 7 Trustee and Malcolm Knarr, a/k/a W. Malcolm Knarr, Malcolm Knarr Roth Investments, LLC and Mercantile Properties, LLC as set forth herein; and for such other and further relief as the Court deems just and proper.

DATED:  August 16, 2016

Respectfully Submitted:


*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
Chapter 7 Trustee
*HUSCH BLACKWELL LLP*
4800 Main St., Suite 1000
Kansas City, Missouri  64112
Telephone:  816-983-8000
Fax:   816-983-8080
christopher.redmond@huschblackwell.com

<u>CERTIFICATE OF SERVICE</u>

The Undersigned hereby certifies that on August 16, 2016, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

   <u>X</u>   upon filing, the CM/ECF system sent notification to:

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

Robert E. McRorey on behalf of Debtor Valerie Kay Fahrnow
remcrorey@yahoo.com, remcrorey@gmail.com

Chris M Troppito on behalf of Creditor K&C Budget Lot LLC
cmt@troppitomiller.com,
mc@troppitomiller.com;rdk@troppitomiller.com

Gilbert B. Weisman on behalf of Creditor eCAST Settlement Corporation
notices@becket-lee.com

Samantha M Woods on behalf of Creditor Southwest National Bank
smwoods@martinpringle.com, arwilson@martinpringle.com

  <u>X</u>   and via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as set forth within the matrix attached to the original of this Motion on file with the Clerk.


*s/ Cynthia Houser*

KCP-4724557-1