Label Matrix for local noticing
1083-2
Case 14-21760
District of Kansas
Kansas City
Mon Aug 15 11:36:08 CDT 2016

K&C Budget Lot LLC
1010 N. Noland Rd.
Independence, MO 64050-1945

Southwest National Bank
c/o Samantha M. H. Woods
Martin Pringle Oliver Wallace & Bauer
100 N Broadway Ste 500
Wichita, KS 67202-2205

eCAST Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480

Kansas City Divisional Office
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101-2448

AMCA
4 Westchester Plaza Suite 110
Elmsford NY 10523-1615

Advance America
10327 Metcalf Ave
Overland Park KS 66212-1805

Allied Collection Serv
3080 S Durango Dr
Las Vegas NV 89117-9193

American Credit Accept
340 East Main Street Suite 400
Spartanburg SC 29302-1989

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley CA 93062-5170

Blue Valley Eye Care
12621 Antioch Rd
Overland Park KS 66213-1701

Brown & Joseph Ltd
1701 Golf Road
Rolling Meadow IL 60008-4247

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Cash Cure LLC
750 Shipyard Dr
Wilmington DE 19801-5157

Cash Direct Now
1719 W Main St, Ste 210
Rapid City SD 57702-2564

CashNet USA
PO Box 06230
Chicago IL 60606-0230

Central State Recovery
1314 N Main St
Hutchinson KS 67501-4002

Chase
PO Box 15298
Wilmington DE 19850-5298

Cherry Park Properties LLC
212 S Cherry
Olathe KS 66061-4425

Children's Mercy
Patient Accounts Dept
PO Box 804435
Kansas City MO 64180-4435

Commerce Bank
Attn: KCRE10
PO Box 419248
Kansas City MO 64141-6248

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield MI 48034-8331

Credit Acceptance
Po Box 513
Southfield MI 48037-0513

Dermatology & Skin Cancer
11550 Granada Street
Leawood KS 66211-1453

Douglas Chancellor Meyers
& Associates Inc
1000 Fairgrounds Road
Suite 200
Saint Charles MO 63301-2581

Dr. Comstock
7501 College Blvd #250
Overland Park KS 66210-2505

Dr. Steve Hazel
7501 College Blvd #250
Overland Park KS 66210-2505

EM Specialists PA
PO Box 8947
Fort Worth TX 76124

Gentle Breeze
8 Crestwood Rd
Boulevard CA 91905-9725

Global Check Recovery
17 NE Skyline Dr
Lees Summit MO 64086-5691

Grace Dental
12611 S Antioch Rd
Overland Park KS 66213-1701

H. Kent Hollins
3615 SW 29th Street
PO Box 4586
Topeka KS 66604-0586

Hutton & Hutton Law Firm LLC
509 Armstrong Ave
Kansas City KS 66101-2925

Inpatient Consultents
of Kansas PA
PO Box 8357
Pasadena CA 91109-8357

Jack Fahrnow
20745 S. Claire Rd
Spring Hill KS 66083-8432

Johnson County Med-Act
11811 S. Sunset Drive
Ste 1100
Olathe KS 66061-7055

Johnson County Mental Health
11811 S. Sunset Dr
Suite 1100
Olathe KS 66061-7055

K&C Budget Lot, LLC
c/o Troppito & Miller LLC
105 E. Fifth St., Ste 500
Kansas City MO 64106-1118

K&c Budget
1010 N Noland Rd
Independence MO 64050-1945

KCP&L
P.O. Box 219330
Kansas City MO 64121-9330

Kansas City Power & Light
PO Box 418679
Kansas City, Mo 64141-9679

Kansas Counselors Of K
Po Box 14765
Shawnee Mission KS 66285-4765

Kansas Department of Labor
Attn:  Asset Recovery
401 SW Topeka Blvd
Topeka KS 66603-3182

Kansas Department of Labor
Attn: Benefit Payment Control
401 SW Topeka Boulevard
Topeka KS 66603-3182

Kansas Gas Service Company
PO Box 219046
Kansas City MO 64121-9046

Kohls-Legal Services
W156N8480 Pilgrim Rd
Menomonee Falls WI 53051-3140

Law Office of Jordan Schwartz
10955 Lowell Ave
Ste 630
Overland Park KS 66210-2319

Law Office of Michael Lucansky
Executive Hills Building 20
10955 Lowell, Ste 440
Overland Park KS 66210-2337

Mawd Pathology Group
PO Box 804910
Kansas City MO 64180-4910

Metro Emergency Physicians
PO Box 808
Grand Rapids MI 49518-0808

Michael Knarr Roth Investments
11880 Switzer Rd
Overland Park KS 66210-3624

Midwest Dermatology
15137 Rosewood
Overland Park KS 66224-3503

Mohela
633 Spirit Drive
Chesterfield MO 63005-1243

Morgan Richard Fahrnow
9060 W 194th Ter
Bucyrus KS 66013-9666

Navient Solutions, Inc.
P.O. Box 9640
Wilkes-Barre, PA 18773-9640

Olathe Police Department
1200 S Harrison
Olathe KS 66061-4606

Peoples Auto
8101 Shawnee Missi
Merriam KS 66202-2963

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Prairie Center Counseling
3965 W 83rd St #333
Prairie Village KS 66208-5308

Professional Account Mgmt
PO Box 391
Milwaukee WI 53201-0391

Queen Ent, LLC dba Queen's Price Choppe
c/o H. Kent Hollins
3615 SW 29th St.
Topeka, KS 66614-2077

Quik Cash
805 E. Santa Fe
Olathe KS 66061-3757

Responsive Managment Clinic
7501 College Blvd Ste 250
Overland Park KS 66210-2505

River Bend Finance LLC
PO Box 557
Hays MT 59527-0557

Rsh & Associates
PO Box 14515
Lenexa KS 66285-4515

Sallie Mae
Po Box 9655
Wilkes Barre PA 18773-9655

Secure America
Attn Gary Rydel
9290 Bond #111
Overland Park KS 66214-1729

Shawnee Mission Medical Center
9100 W. 74th Street
Overland Park KS 66204-4004

Shawnee Mission Physicians
Group
15977 Collections Center Dr
Chicago IL 60693-0159

Southwest National Bank
400 E Douglas Ave
Wichita KS 67202-3408

Sprint
PO Box 8077
London KY 40742-8077

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

St. Luke's Regional Labs
PO Box 844267
Dallas TX 75284-4267

St. Lukes Health System
4401 Wornall Road
Kansas City MO 64111-3220

TRS Recovery Services
PO Box 60012
City of Industry CA 91716-0012

Tek-collect Inc
871 Park St
Columbus OH 43215-1441

Time Warner Cable
6550 Winchester Ave
Kansas City MO 64133-4671

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Windham Professionals
380 Main Street
Salem NH 03079-2412

Christopher J. Redmond
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551

Robert E. McRorey
108 E Cedar
PO Box 61
Olathe, KS 66051-0061

Tai J Vokins
Vokins Law Offices LLC
dba Cornwell & Vokins
142 N Cherry St
Olathe, KS 66061-3401

Valerie Kay Fahrnow
9060 W 194th Terr
Bucyrus, KS 66013-9666

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
4161 Piedmont Pkwy
Greensboro NC 27410

Portfolio Recovery
120 Corporate Blvd Ste 1
Norfolk VA 23502

(d)Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk VA 23541

Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Best Choise 123
PO Box 988
Main Street
Charlston, Nevis

(d)Central State Recovery
1314 N Main Street
Hutchinson KS 67501-4002

(d)Southwest National Bank
c/o Samantha M. H. Woods
Martin Pringle Oliver Wallace & Bauer
100 N Broadway Ste 500
Wichita KS 67202-2205


(d)eCAST Settlement Corporation
POB 35480
Newark NJ 07193-5480

End of Label Matrix
Mailable recipients    83
Bypassed recipients     4
Total                  87