# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

In Re: §
§
Valerie Kay Fahrnow § Case No. 14-21760
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Christopher J. Redmond Ch7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 8,803.00        Assets Exempt: 129,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 196.83      Claims Discharged
                                                   Without Payment: 561,940.59

Total Expenses of Administration: 8,348.17

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,455.00 (see **Exhibit 2**), yielded net receipts of $ 8,545.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 240,868.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,348.17 | 8,348.17 | 8,348.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 230.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 313,454.04 | 115,193.52 | 115,193.52 | 196.83 |
| **TOTAL DISBURSEMENTS** | $ 554,552.04 | $ 123,541.69 | $ 123,541.69 | $ 8,545.00 |

4) This case was originally filed under chapter 7 on 07/24/2014 . The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __04/13/2018_____ By:/s/Christopher J. Redmond Ch7 Trustee_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Valarie Farnow v. Malcolm Knarr, et al | 1149-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Valerie Kay Fahrnow | Non-Estate Funds Paid to Third Parties | 8500-022 | 1,455.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,455.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 219,659.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Acceptance Attn: Bankruptcy Dept 25505 West 12 Mile Rd Ste 3000 Southfield, MI 48034 | | 14,743.00 | NA | NA | 0.00 |
| | Peoples Auto 8101 Shawnee Missi Merriam, KS 66202 | | 6,466.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 240,868.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Christopher J. Redmond, Chapter 7 Trustee | 2100-000 | NA | 1,604.50 | 1,604.50 | 1,604.50 |
| Christopher J. Redmond, Chapter 7 Trustee | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Union Bank | 2600-000 | NA | 225.00 | 225.00 | 225.00 |
| Husch Blackwell LLP | 3110-000 | NA | 1,899.00 | 1,899.00 | 1,899.00 |
| Husch Blackwell LLP | 3120-000 | NA | 619.67 | 619.67 | 619.67 |
| Tai Vokins | 3210-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,348.17 | $ 8,348.17 | $ 8,348.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kansas Department of Labor Attn: Benefit Payment Control 401 SW Topeka Boulevard Topeka, KS 66603-3182 | | 230.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 230.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance America 10327 Metcalf Ave Overland Park, KS 66212 | | 575.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Collection Serv 3080 S Durango Dr Las Vegas, NV 89117 | | 662.00 | NA | NA | 0.00 |
| | AMCA 4 Westchester Plaza Suite 110 Elmsford, NY 10523 | | 45.00 | NA | NA | 0.00 |
| | American Credit Accept 340 East Main Street Suite 400 Spartanburg, SC 29302 | | 7,908.00 | NA | NA | 0.00 |
| | Best Choise 123 PO Box 988 Main Street Charlston, Nevis | | 800.00 | NA | NA | 0.00 |
| | Blue Valley Eye Care 12621 Antioch Rd Overland Park, KS 66213 | | 125.00 | NA | NA | 0.00 |
| | Brown & Joseph Ltd 1701 Golf Road Rolling Meadow, IL 60008 | | 399.00 | NA | NA | 0.00 |
| | Cash Cure LLC 750 Shipyard Dr Wilmington, DE 19801 | | 600.00 | NA | NA | 0.00 |
| | Cash Direct Now 1719 W Main St, Ste 210 Rapid City, SD 57701 | | 500.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CashNet USA PO Box 06230 Chicago, IL 60606-6941 | | 1,100.00 | NA | NA | 0.00 |
| | Central State Recovery 1314 N Main St Hutchinson, KS 67501 | | 105.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Children's Mercy Patient Accounts Dept PO Box 804435 Kansas City, MO 64180-4435 | | 1,222.00 | NA | NA | 0.00 |
| | Commerce Bank Attn: KCRE10 PO Box 419248 Kansas City, MO 64141-6248 | | 10,649.00 | NA | NA | 0.00 |
| | Dermatology & Skin Cancer 11550 Granada Street Leawood, KS 66211 | | 150.00 | NA | NA | 0.00 |
| | Dr. Comstock 7501 College Blvd #250 Overland Park, KS 66210 | | 500.00 | NA | NA | 0.00 |
| | Dr. Steve Hazel 7501 College Blvd #250 Overland Park, KS 66210 | | 800.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EM Specialists PA PO Box 8947 Fort Worth, TX 76124 | | 751.00 | NA | NA | 0.00 |
| | Gentle Breeze 8 Crestwood Rd Boulevard, CA 91905 | | 300.00 | NA | NA | 0.00 |
| | Global Check Recovery 17 NE Skyline Dr Lees Summit, MO 64086 | | 452.00 | NA | NA | 0.00 |
| | Grace Dental 12611 S Antioch Rd Overland Park, KS 66213-1701 | | 36.00 | NA | NA | 0.00 |
| | H. Kent Hollins 3615 SW 29th Street PO Box 4586 Topeka, KS 66604 | | 164.00 | NA | NA | 0.00 |
| | Inpatient Consultents of Kansas PA PO Box 8357 Pasadena, CA 91109-8357 | | 594.00 | NA | NA | 0.00 |
| | Johnson County Med-Act 11811 S. Sunset Drive Ste 1100 Olathe, KS 66061 | | 581.00 | NA | NA | 0.00 |
| | Johnson County Mental Health 11811 S. Sunset Dr Suite 1100 Olathe, KS 66061-7055 | | 10.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K&c Budget 1010 N Noland Rd Independence, MO 64050 | | 4,865.00 | NA | NA | 0.00 |
| | K&C Budget Lot, LLC c/o Troppito & Miller LLC 105 E. Fifth St., Ste 500 Kansas City, MO 64106 | | 4,819.00 | NA | NA | 0.00 |
| | Kansas Counselors Of K Po Box 14765 Shawnee Mission, KS 66285 | | 124.00 | NA | NA | 0.00 |
| | Kansas Counselors Of K Po Box 14765 Shawnee Mission, KS 66285 | | 542.00 | NA | NA | 0.00 |
| | Kansas Counselors Of K Po Box 14765 Shawnee Mission, KS 66285 | | 50.00 | NA | NA | 0.00 |
| | Kansas Counselors Of K Po Box 14765 Shawnee Mission, KS 66285 | | 1,755.00 | NA | NA | 0.00 |
| | Kansas Counselors Of K Po Box 14765 Shawnee Mission, KS 66285 | | 124.00 | NA | NA | 0.00 |
| | Kansas Counselors Of K Po Box 14765 Shawnee Mission, KS 66285 | | 463.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kansas Counselors Of K Po Box 14765 Shawnee Mission, KS 66285 | | 50.00 | NA | NA | 0.00 |
| | Kansas Gas Service Company PO Box 219046 Kansas City, MO 64121-9046 | | 156.79 | NA | NA | 0.00 |
| | KCP&L P.O. Box 219330 Kansas City, MO 64121-9330 | | 2,025.99 | NA | NA | 0.00 |
| | Kohls-Legal Services W156N8480 Pilgrim Rd Menomonee Falls, WI 53051 | | 409.00 | NA | NA | 0.00 |
| | Law Office of Jordan Schwartz 10955 Lowell Ave Ste 630 Overland Park, KS 66210 | | 500.00 | NA | NA | 0.00 |
| | Law Office of Michael Lucansky Executive Hills Building 20 10955 Lowell, Ste 440 Overland Park, KS 66210 | | 20,846.00 | NA | NA | 0.00 |
| | Mawd Pathology Group PO Box 804910 Kansas City, MO 64180-4910 | | 63.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Metro Emergency Physicians PO Box 808 Grand Rapids, MI 49518-0808 | | 542.00 | NA | NA | 0.00 |
| | Midwest Dermatology 15137 Rosewood Overland Park, KS 66224 | | 378.00 | NA | NA | 0.00 |
| | Mohela 633 Spirit Drive Chesterfield, MO 63005-1243 | | 30,256.00 | NA | NA | 0.00 |
| | Mohela 633 Spirit Drive Chesterfield, MO 63005-1243 | | 19,773.00 | NA | NA | 0.00 |
| | Olathe Police Department 1200 S Harrison Olathe, KS 66061 | | 15.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | 795.00 | NA | NA | 0.00 |
| | Prairie Center Counseling 3965 W 83rd St #333 Prairie Village, KS 66208 | | 700.00 | NA | NA | 0.00 |
| | Professional Account Mgmt PO Box 391 Milwaukee, WI 53201-0391 | | 65.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quik Cash 805 E. Santa Fe Olathe, KS 66061 | | 300.00 | NA | NA | 0.00 |
| | Responsive Managment Clinic 7501 College Blvd Ste 250 Overland Park, KS 66210 | | 1,125.00 | NA | NA | 0.00 |
| | River Bend Finance LLC PO Box 557 Hays, MT 59527 | | 500.00 | NA | NA | 0.00 |
| | Rsh & Associates PO Box 14515 Lenexa, KS 66285 | | 311.00 | NA | NA | 0.00 |
| | Sallie Mae Po Box 9655 Wilkes Barre, PA 18773 | | 28,369.00 | NA | NA | 0.00 |
| | Sallie Mae Po Box 9655 Wilkes Barre, PA 18773 | | 41,573.00 | NA | NA | 0.00 |
| | Secure America Attn Gary Rydel 9290 Bond #111 Overland Park, KS 66214 | | 800.00 | NA | NA | 0.00 |
| | Shawnee Mission Medical Center 9100 W. 74th Street Overland Park, KS 66204 | | 100.00 | NA | NA | 0.00 |
| | Shawnee Mission Physicians Group 15977 Collections Center Dr Chicago, IL 60693 | | 23.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwest National Bank 400 E Douglas Ave Wichita, KS 67202 | | 8,464.00 | NA | NA | 0.00 |
| | Sprint PO Box 8077 London, KY 40742 | | 662.15 | NA | NA | 0.00 |
| | St. Lukes Health System 4401 Wornall Road Kansas City, MO 64111 | | 4,142.00 | NA | NA | 0.00 |
| | St. Luke's Regional Labs PO Box 844267 Dallas, TX 75284 | | 44.00 | NA | NA | 0.00 |
| | Tek-collect Inc 871 Park St Columbus, OH 43215 | | 68.00 | NA | NA | 0.00 |
| | Time Warner Cable 6550 Winchester Ave Kansas City, MO 64133-4660 | | 374.97 | NA | NA | 0.00 |
| | TRS Recovery Services PO Box 60012 City of Industry, CA 91716 | | 336.00 | NA | NA | 0.00 |
| | Windham Professionals 380 Main Street Salem, NH 03079-2412 | | 309.00 | NA | NA | 0.00 |
| 6 | Capital One NA | 7100-000 | 409.00 | 409.10 | 409.10 | 0.70 |
| 7 | K&C Budget Lot, LLC | 7100-000 | 4,865.00 | 6,115.38 | 6,115.38 | 10.45 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Kansas City Power & Light | 7100-000 | 2,025.99 | 2,052.78 | 2,052.78 | 3.51 |
| 3 | Kansas Department of Labor | 7100-000 | 230.00 | 235.40 | 235.40 | 0.40 |
| 10 | Law Office of Michael Lucansky | 7100-000 | 20,846.00 | 21,294.08 | 21,294.08 | 36.39 |
| 4 | Navient Solutions, Inc. | 7100-000 | 28,369.00 | 27,537.46 | 27,537.46 | 47.05 |
| 5 | Navient Solutions, Inc. | 7100-000 | 41,573.00 | 44,558.46 | 44,558.46 | 76.14 |
| 9 | Queen Ent, LLC d/b/a Queen's Price Chopper #6 | 7100-000 | 164.00 | 1,580.92 | 1,580.92 | 2.70 |
| 1 | Southwest National Bank | 7100-000 | 8,464.00 | 10,747.79 | 10,747.79 | 18.36 |
| 8 | Sprint Corp | 7100-000 | 662.15 | 662.15 | 662.15 | 1.13 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 313,454.04 | $ 115,193.52 | $ 115,193.52 | $ 196.83 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 14-21760 | DLS | Judge: | Dale L. Somers | Trustee Name: | Christopher J. Redmond Ch7 Trustee |
|---|---|---|---|---|---|---|

Case Name: Valerie Kay Fahrnow

Date Filed (f) or Converted (c): 07/24/2014 (f)

341(a) Meeting Date: 08/21/2014

For Period Ending: 04/13/2018

Claims Bar Date: 10/19/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9060 W 194th Terr., Bucyrus, KS<br><br>Amended Schedule A 09/11/14; "Contract right to purchase 9060 W 194th Terr for $132,000. plus potential fees and interest.  Property valued at $256,000, making the Debtor's interest $124,000."  Liens on A shown as "unknown". Narrative attached to Exhibit A. Narrative attached to Exhibit D.  Amended Exhibit C filed as to the "Debtor's Interest in this real propert". | 124,000.00 | 0.00 | | 0.00 | FA |
| 2. First National Bank Checking<br><br>Zero Balance Scheduled Value | 0.00 | 0.00 | | 0.00 | FA |
| 3. Misc Household Goods, Furnishing, Electronics & Appliances | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc Books, Picturs & Misc Knickknacks | 900.00 | 0.00 | | 0.00 | FA |
| 5. Womens Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Misc Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7. Earned Income Credit (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. Valerie Fahrnow v. Ethicon Inc., et al | Unknown | 0.00 | | 0.00 | FA |
| 9. Valarie Farnow v. Malcolm Knarr, et al<br><br>Settlement | Unknown | 0.00 | | 10,000.00 | FA |
| 10. Contract with Cherry Park LLC for purchase, rental or sale o | Unknown | 0.00 | | 0.00 | FA |
| 11. 2006 Chrysler 300<br><br>Exemption Claimed KSA 60-2304(c) with no value to exemption | 5,950.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Toyota Corolla (Son's Vehicle) | 2,853.00 | 0.00 | | 0.00 | FA |
| INT. VOID (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $138,503.00 | $0.00 | | $10,000.00 | $0.00 |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

08/21/14 - Per Trustee to hold matter open to review residential transaction
08/21/14 - Request conflict check
08/28/14 - Application to Employ Counsel
09/30/14 - Order entered Granting Application to Employ Counsel
01/20/15 - Initial Interim Report Filed
02/24/15 - Trustee is locating special counsel to represent him in this matter
07/09/15 - Motion to Employ Special Counsel, Approve Attorney Retainer and Contingency Fee Agreement; and Approve Proposed Distribution Of Potential Amounts Recovered
07/09/15 - Notice of Recovery
** Claims Bar Date 10/19/15 **
08/27/15 - Order entered granting application to employ Special Counsel
11/13/15 - Entered and review of claims; no actions needed
08/16/16 - Motion to approve settlement filed
12/20/16 - Per settlement, funds are being paid into this estate; payments current
03/30/17 - Payments are current; balance remaining to be paid $3,338.00
** Note Debtor's new address.
09/13/17 - Payments finalized per settlement
11/14/17 - Attorney Fees Per Contingent Fee Agreement and 10/27/17 Order paid to Special Counsel
11/30/17 - Notice of Request for Costs
12/06/17 - Prepare TFR
12/21/17 - Corrected TFR and NFR to UST's Office
12/13/17 - TFR approved and filed by UST's Office

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 06/30/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 14-21760 | Trustee Name: Christopher J. Redmond Ch7 Trustee |
| Case Name: Valerie Kay Fahrnow | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0914 |
| | Checking |
| Taxpayer ID No: XX-XXX3419 | Blanket Bond (per case limit): $25,100,000.00 |
| For Period Ending: 04/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/16 | 9 | Mercantile Properties, LLC | Initial Payment on Compromise and Settlement | 1149-000 | $2,000.00 | | $2,000.00 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,985.00 |
| 09/29/16 | 9 | Mercantile Properties LLC | Payment Per Agreement | 1149-000 | $666.00 | | $2,651.00 |
| 10/24/16 | 9 | Mercantile Properties LLC | Payment Per Settlement | 1149-000 | $666.00 | | $3,317.00 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,302.00 |
| 11/16/16 | 9 | Mercantile Properties, LLC | Payment Per Settlement | 1149-000 | $666.00 | | $3,968.00 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,953.00 |
| 12/12/16 | 9 | Mercantile Properties LLC | Payment Per Agreement | 1149-000 | $666.00 | | $4,619.00 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,604.00 |
| 01/11/17 | 9 | Mercantile Properties LLC | Payment Per Agreement | 1149-000 | $666.00 | | $5,270.00 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,255.00 |
| 02/16/17 | 9 | Mercantile Properties LLC | Payment Per Agreement | 1149-000 | $666.00 | | $5,921.00 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,906.00 |
| 03/13/17 | 9 | Mercantile Properties LLC | Payment Per Agreement | 1149-000 | $666.00 | | $6,572.00 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,557.00 |

Page Subtotals: $6,662.00    $105.00

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-21760
Case Name: Valerie Kay Fahrnow

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0914
Checking

Exhibit 9

Taxpayer ID No: XX-XXX3419
For Period Ending: 04/13/2018

Blanket Bond (per case limit): $25,100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/17 | 9 | Mercantile Properties LLC | Payment Per Agreement | 1149-000 | $666.00 | | $7,223.00 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,208.00 |
| 05/15/17 | 9 | Mercantile Properties, LLC | Payment Per Agreement | 1149-000 | $666.00 | | $7,874.00 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,859.00 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,844.00 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,829.00 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,814.00 |
| 09/13/17 | 9 | Mercantile Properties LLC | Payment on Judgment | 1149-000 | $2,006.00 | | $9,820.00 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,805.00 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,790.00 |
| 11/14/17 | 101 | Valerie Kay Fahrnow | Per Agreement and 10/27/17 Order | 8500-022 | | $1,455.00 | $8,335.00 |
| 11/14/17 | 102 | Tai Vokins Vokins Law Office, LLC 142 N. Cherry St. Olathe, KS 66061 | Attorney Fees Per Contingent Fee Agreement and 10/27/17 Order | 3210-000 | | $4,000.00 | $4,335.00 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,320.00 |

Page Subtotals: $3,338.00 $5,575.00

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-21760

Case Name: Valerie Kay Fahrnow

Taxpayer ID No: XX-XXX3419

For Period Ending: 04/13/2018

Trustee Name: Christopher J. Redmond Ch7 Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX0914

Checking

Blanket Bond (per case limit): $25,100,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/18 | 103 | Christopher J. Redmond, Chapter 7 Trustee<br>c/o Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | Trustee Fees Per 01/09/18 Order of Distribution | 2100-000 | | $1,604.50 | $2,715.50 |
| 01/23/18 | 104 | Husch Blackwell LLP<br>4801 Main St., Suite 1000<br>Kansas City, MO 64112 | Fees and Expenses of Trustee's Counsel Per 01/08/18 Order of Distribution | | | $2,518.67 | $196.83 |
| | | Husch Blackwell LLP | Final distribution representing a payment of 100.00 % per court order. ($1,899.00) | 3110-000 | | | |
| | | Husch Blackwell LLP | Final distribution representing a payment of 100.00 % per court order. ($619.67) | 3120-000 | | | |
| 01/23/18 | 105 | Southwest National Bank<br>c/o W Rick Griffin and Samantha M.H. Woods<br>Martin Pringle Oliver Wallace & Bauer<br>100 N Broadway Ste 500<br>Wichita, KS 67202 | Final distribution to claim 1 representing a payment of 0.17 % per court order. | 7100-000 | | $18.36 | $178.47 |
| 01/23/18 | 106 | Clerk, U.S. Bankruptcy Court | Remit to Court as to Claims #2, #3, #6, #8 and #9 | | | $8.44 | $170.03 |
| | | Kansas City Power & Light | Final distribution to claim 2 representing a payment of 0.17 % per court order. ($3.51) | 7100-000 | | | |
| | | Kansas Department of Labor | Final distribution to claim 3 representing a payment of 0.17 % per court order. ($0.40) | 7100-000 | | | |
| | | Capital One NA | Final distribution to claim 6 representing a payment of 0.17 % per court order. ($0.70) | 7100-000 | | | |
| | | Sprint Corp | Final distribution to claim 8 representing a payment of 0.17 % per court order. ($1.13) | 7100-000 | | | |
| | | Queen Ent, LLC d/b/a Queen's Price Chopper #6 | Final distribution to claim 9 representing a payment of 0.17 % per court order. ($2.70) | 7100-000 | | | |

Page Subtotals: $0.00 $4,149.97

Case 14-21760   Doc# 52   Filed 04/16/18   Page 19 of 21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-21760

Case Name: Valerie Kay Fahrnow

Taxpayer ID No: XX-XXX3419

For Period Ending: 04/13/2018

Trustee Name: Christopher J. Redmond Ch7 Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX0914

Checking

Blanket Bond (per case limit): $25,100,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/18 | 107 | Navient Solutions, Inc. PO Box 13611 Philadelphia, PA 19101-3611 | Distribution | | | $123.19 | $46.84 |
| | | Navient Solutions, Inc. | Final distribution to claim 4 representing a payment of 0.17 % per court order. ($47.05) | 7100-000 | | | |
| | | Navient Solutions, Inc. | Final distribution to claim 5 representing a payment of 0.17 % per court order. ($76.14) | 7100-000 | | | |
| 01/23/18 | 108 | K&C Budget Lot, LLC c/o Troppito & Miller LLC 105 E. Fifth St., Ste. 500 Kansas City, MO 64106 | Final distribution to claim 7 representing a payment of 0.17 % per court order. | 7100-000 | | $10.45 | $36.39 |
| 01/23/18 | 109 | Law Office of Michael Lucansky Executive Hills Building 20 10955 Lowell, Ste. 440 Overland Park, KS 66210 | Final distribution to claim 10 representing a payment of 0.17 % per court order. | 7100-000 | | $36.39 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals:   $0.00   $170.03

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0914 - Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*